DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOEL IVORY JONES,**
Appellant,

v.

**RICKY D. DIXON,** Secretary,
**FLORIDA DEPARTMENT OF CORRECTIONS,**
Appellee.

No. 4D2023-2222

[June 27, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gregory Miller Keyser, Judge; L.T. Case No. 50-2023-CA-011770-XXXX-MB.

Joel Ivory Jones, Crawford, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***